| | |
|---|---|
| **DISTRICT COURT, COUNTY OF JEFFERSON, COLORADO**<br>**JEFFERSON COUNTY JUSTICE CENTER, 100 JEFFERSON COUNTY PARKWAY, Golden, CO 80419**<br>**303-271-6215** | DATE FILED: May 28, 2021 7:09 AM<br>FILING ID: F9C121BAD7532<br>CASE NUMBER: 2021CV30585 |
| Plaintiff:<br><br>**WAMBOLT & ASSOCIATES, LLC.**<br><br>vs.<br><br>Defendant:<br><br>**AMY K. BALTIMORE, as an individual and d/b/a Amy K. Baltimore, CPA**<br>_____<br>AUSMUS LAW FIRM, P.C.<br>J. Andrew Ausmus, #22267<br>Adam R. Ausmus, #54603<br>6020 Greenwood Plaza Blvd., suite 100<br>Greenwood Village, Colorado 80111<br>Phone Number:         303-694-4248<br>E-mail: andy@ausmuslaw.com<br>E-mail: adam@ausmuslaw.com | Case No.<br><br>Div.:      Courtroom |
| **VERIFIED COMPLAINT** ||

**COMES NOW**, Plaintiff WAMBOLT & ASSOCIATES, LLC. ("Plaintiff"), by and through its counsel AUSMUS LAW FIRM, P.C., and for its Verified Complaint against the above-named Defendants and states and alleges as follows:

### PARTIES

1.     Plaintiff WAMBOLT is a Colorado limited liability company with its principal place of business at 13976 W. Bowles Ave, Suite 200, Littleton, CO 80127.

2.     Defendant Amy K. Baltimore (hereinafter "Defendant Baltimore") has a business address of 1706 Hwy 51 S, Covington, TN 38019.   Upon information and belief, Defendant Amy K. Baltimore is a licensed CPA and is the owner and operator of Amy K. Baltimore, CPA.

3.     Defendant Baltimore is not an incompetent person, and is not in the military service.  Upon information and belief Defendant Baltimore is a private citizen performing professional accounting and bookkeeping services to the general public.

EXHIBIT A

## VENUE AND JURISDICTION

4. Venue is proper in the County of Jefferson pursuant to C.R.C.P. 98(c)(1) as the contract in question was formed, signed and partially performed in Jefferson County.

5. The Court has personal jurisdiction over the parties and subject matter jurisdiction over all matters in dispute.

6. Defendant Baltimore advertised her business through a cloud based service provider who solicited Colorado businesses.

7. Defendant Baltimore created continuing obligations with numerous Colorado clients that she obtained through her contractual relationship with the Plaintiff.

8. The accounts Defendant Baltimore worked on were located in Colorado.

## GENERAL ALLEGATIONS

9. Plaintiff Wambolt is a Colorado limited liability engaging in the business of private wealth management.

10. On or about January 16, 2020, Plaintiff and Defendant Baltimore entered into a professional services contract whereby Defendant Baltimore would perform accounting, payroll services, bill paying services and general bookkeeping services for Plaintiff.

11. The parties entered into a written agreement and Plaintiff performed all of its obligations under the written agreement.

12. In late October 2020, Plaintiff was notified by a third party bank that money from Plaintiff's business accounts was missing and presumably had been stolen.

13. An investigation was undertaken which found, including but not limited to the following:

   a. Defendant Baltimore's office had deficient, and in some instances non-existent, cyber safety features in place;
   b. Defendant Baltimore's office sent passwords over the internet without any encryption;
   c. Defendant Baltimore's office had poor technology hygiene;
   d. Defendant Baltimore failed to manage and monitor Plaintiff's accounts;
   e. Defendant Baltimore failed to regularly reconcile Plaintiff's bank accounts;
   f. Defendant Baltimore's office was essentially run with one log in password from one shared computer and without basic features such as a firewall.

## FIRST CLAIM FOR RELIEF
### Breach of Contract

11. The Plaintiff incorporates the allegations set forth in paragraphs 1 through 10 above as if set forth herein in their entirety.

12. The Plaintiff and Defendant Baltimore entered in a written professional services agreement.

13. The Plaintiff has performed all of its obligations under said contract.

14. Defendant Baltimore has breached her contract, including breach of the implied covenant of good faith and fair dealing and breach of the terms of the written agreement by: (a) failing to follow basic accounting practices; (b) failing to properly manage and monitor Plaintiff's accounts; (c) failing to install basic cyber safety features to protect Plaintiff's accounts; and (d) failing to perform regular reconciliations of Plaintiff's accounts.

15. The Plaintiff has been damaged by virtue of Defendant Baltimore's breach of contract in an amount to be determined at trial, including recovery of Plaintiff's attorney fees and costs incurred herein.

## SECOND CLAIM FOR RELIEF
### Negligence

16. The Plaintiff incorporates the allegations set forth in paragraph 1 through 15 above as if set forth herein in their entirety.

17. Defendant Baltimore is a licensed certified public accountant.

18. Defendant Baltimore had a legal duty to perform her professional services on behalf of Plaintiff in such a manner that was consistent with customary industry standards.

19. Defendant Baltimore's breached her legal duty to the Plaintiff as her performance of professional services fell below the standard of care and therefore she was negligent.

20. The Plaintiff has suffered damages and Defendant Baltimore's negligence was the proximate cause of Plaintiff's damages in an amount to be determined at trial.

3

EXHIBIT A

**WHEREFORE**, Plaintiff prays that this Court enter judgment in favor of Plaintiff on every cause of action set forth above, and award Plaintiff all appropriate relief, including but not limited to:

(a) Compensation for all financial damages it has suffered as a result of Defendant's actions as complained above;
(b) Costs, attorneys' fees, late fees and pre-judgment interest from the date of the violation, as appropriate by law; and
(c) Any other relief the Court deems just and proper.

## JURY DEMAND

The Plaintiff demands a jury of six to hear all matters so triable.  The appropriate jury fee is tendered herewith.

Respectfully submitted this 28TH day of MAY, 2021.

        AUSMUS LAW FIRM, P.C.

*Pursuant to C.R.C.P. Rule 121 § 1-26, a duly signed copy is on file at the offices of Ausmus Law Firm, P.C.*

By:   /S/ J. Andrew Ausmus
       J. Andrew Ausmus, No. 22267
       Attorney for Plaintiff

**Address of Plaintiff:**
**13976 W. Bowles Ave., Suite 200**
**Littleton, CO 80127**

EXHIBIT A

## VERIFICATION OF ALLEGATIONS

I, Gregory Wambolt, assert that I am the owner of Wambolt & Associates, LLC., and I have read the foregoing Complaint and to the best of my current actual knowledge and belief verify the allegations are true and accurate.

WAMBOLT & ASSOCIATES, LLC.

Pursuant to C.R.C.P. Rule 121 Sec. 1-26, a duly signed copy is on file at the office of Ausmus Law Firm, P.C.

/s/ Gregory Wambolt

_____

Gregory Wambolt

EXHIBIT A